FILED
CLERK, U.S. DISTRICT COURT

8/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00332-DSF |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(A),(B), 2261(b)(5): Stalking; 18 U.S.C. § 875(c): Threat by Interstate Communication; 18 U.S.C. § 876(c): Mailing a Threatening Communication; 18 U.S.C. § 1512(b)(3): Witness Tampering] |
| SAMUEL TRELAWNEY HUGHES, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.    Beginning on or about April 11, 2019, and continuing to at least on or about November 29, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 1, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, interstate wires, and the Internet, to

engage in a course of conduct, described in paragraph 2 below, that placed Victim 1 in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 1.

2.   Defendant HUGHES's course of conduct included, among other things, the following:

a.   On or about April 11, 2019, after meeting Victim 1 at a networking event, and using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 1 with the subject line "You are a fucking ugly cunt!," and which included the following in the body of the message: "Bitch!  I hope you read this you Italian piece of shit with a miserable ego and a lot to pay for!  I hope you die in a gruesome way . . . .  you should seriously go back home and stay the fuck out of California!"

b.   On or about April 22, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 1 with the subject line "Cunt!," and which included the following in the body of the message: "[Victim 1], Why the fuck haven't you replied to my last email, you know I am going to cut out your throat and I mean it if I see you around.  You ugly small minded miserable idiotic cunt I am coming to get you, I will enjoy every moment of killing you . . . ."

c.   On or about July 2, 2019, after Victim 1 had reported defendant HUGHES to law enforcement, defendant HUGHES sent an email to Victim 1 with the subject line "Your Police Report," and which included the following in the body of the message:

> I will make this the final correspondence to you. I'd like to tell you that you are such a fucking cunt for reporting me to the police. How fucking dare you go

2

1   to the police over a series of emails . . . If I
    received a message like that by someone I don't
2   immediately block them . . . You only prove you have
    a small ego and after trying to kindly reach out to
3   you, this is your payback?! You are a centre of shame
    and defame to me , an absolute disgrace . . . FUCKING
4   CUNT!

5       d.   On or about October 19, 2019, defendant HUGHES posted

6   a message using Instagram, which stated that Victim 1 and another

7   person were "miserable cunts who have an attitude of a bitchy

8   teenager thinking harassment is a tool against contact that is far

9   from inappropriate . . ."

10      e.   On or about November 29, 2019, using an email account

11  designed to conceal defendant HUGHES's true identity, defendant

12  HUGHES sent an email to Victim 1, which included the following in the

13  body of the message:

14      The threats and abuse you will endure will never go
        away because someday you will guaranteed get your
15      throat cut out and duct taped, raped and met by the
        person who you Victimised you fucking cunt, going to
16      police over some emails I saw the police video you
        got started and it really makes me believe you are
17      the biggest italian cunt in the world. FUCK YOU I
        HOPE YOU SUFFER A GRUESOME DEATH BITCH!

18

19

20

21

22

23

24

25

26

27

28

1

<u>COUNT TWO</u>

2

[18 U.S.C. § 875(c)]

3

On or about April 22, 2019, in Los Angeles County, within the

4

Central District of California, and elsewhere, defendant SAMUEL

5

TRELAWNEY HUGHES, with intent to issue a threat and with knowledge

6

that it would be viewed as a threat, knowingly transmitted in

7

interstate and foreign commerce a communication containing a true

8

threat to injure the person of another, that is, an email to Victim 1

9

which included the following message: "[Victim 1], Why the fuck

10

haven't you replied to my last email, you know I am going to cut out

11

your throat and I mean it if I see you around.  You ugly small minded

12

miserable idiotic cunt I am coming to get you, I will enjoy every

13

moment of killing you . . . ."

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT THREE

[18 U.S.C. § 875(c)]

On or about May 8, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 2 which included the following message: "Hello [Victim 2] you fucking cunt.  That is right you're a pretentious piece of shit and I hope you rot and die. I swear if I see you ever I will stab ya in the neck."

<u>COUNT FOUR</u>

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.   Beginning on or about September 9, 2019, and continuing to at least on or about November 1, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 3, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 3 in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 3.

2.   Defendant HUGHES's course of conduct included, among other things, the following:

a.   On or about September 9, 2019, after defendant HUGHES sent threatening communications to a person he met at a networking event hosted by Company A, and after Victim 3 told defendant HUGHES that defendant HUGHES was banned from networking events hosted by Company A, defendant HUGHES posted negative reviews on the Facebook page of Victim 3's business, which included statements describing Victim 3 as "a stubborn rude piece of shit CEO who does not deserve to be in the business" and who was "incriminating [defendant HUGHES] as a threatening person."

b.   On or about October 17, 2019, defendant HUGHES sent an email to Victim 3, which included the following in the body of the message:  "Thanks a lot [Victim 3] for getting me banned from

[Company A] you know what your SEO agency is full of shit!  And you are an asshole too, and I will damage your reputation because I specialise in reputation management . . . ."

        c.   On or about November 1, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 3, which included the following in the body of the message:  "I will bash your fucking lights out [Victim 3] you big fat ugly cunt. ANd Cut your throat open! You are on my waiting list. Thats ya warning I can guarantee you will die soon at my mercy!"

COUNT FIVE

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.    Beginning on or about October 3, 2019, and continuing to at least on or about May 16, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 4, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 4 in reasonable fear of death and serious bodily injury to Victim 4 and immediate family members of Victim 4, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 4.

2.    Defendant HUGHES's course of conduct included, among other things, the following:

a.    On or about October 3, 2019, after meeting Victim 4 at a writing workshop, defendant HUGHES left one or more comments on Instagram posts by Victim 4 complimenting Victim 4's appearance.

b.    On or about October 17, 2019, after Victim 4 blocked defendant HUGHES on social media, defendant HUGHES began following Victim 4 on Instagram using a different Instagram account.

c.    On or about October 17, 2019, after Victim 4 blocked defendant HUGHES's second Instagram account, defendant HUGHES posted a message on Instagram that included a photo of Victim 4 with the text "cunt" photo-shopped across Victim 4's face, and which post included the following message: "this woman here, is an ugly bitch

attitude.  She got me hating on women because she felt harassed by a few IG comments.  I will defame her indefinitely."

d.    On or about October 30, 2019, after Victim 4 reported defendant HUGHES to law enforcement, defendant HUGHES sent an email to Victim 4, using an email account designed to conceal defendant HUGHES's true identity, which included the following in the body of the message:

> You are a diabolical motherfucking cunt, and someone I can guarantee will come out and first bash you head in, rape you slash your throat and burn your car and house.  You brought this on yourself and it aint going to stop not even a damn stinking police report will put an end to your wrath and I hope you fucking die you cunt!!  Regards, Your Nemisis

e.    On or about November 10, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 4, which included the following in the body of the message:

> Please [Victim 4] End your fucking miserable life, cut your wrists go hang yourself just fucking kill yourself you fucking bitch you are a nonce and dont deserve to live or else my gang will do it for you! GO ON FUCKING DO IT! and dont ever report me to the police as horrible things will happen!

f.    On or about November 17, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 4, which included the following in the body of the message:

> Hello [Victim 4] You Fucking sick vile cunt . . . Don't ever report any threats to the police they wont help you and that makes me more likely come after you and your family. I hope when I see you, I rape you, slash your throat and pour gasoline over your half mutilated body while you regret being a little childish bitch over decent people who are just trying to be nice you are a guilty of causing decent people

distress and I urge you take it seriously, either way you are gonna die, youre going to pay...

g.   On or about December 8, 2019, defendant HUGHES sent an email to Victim 4, which included the following in the body of the message: "Because you accused me of sexual harassment and made accusations, I hope my reviews of you have destroyed your reputation,. . . I hope sometime you come apologise to me because this will still keep going. . . ."

h.   On or about December 10, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 4, which included the following in the body of the message: "[Victim 4], I will cut your fucking throat out, sever your windpipe and smother you in gasoline and light your half mutilated corpse you fucking cunt, . . . I hope you get abused forever."

i.   On or about May 16, 2020, after Victim 4 reported defendant HUGHES to law enforcement, defendant HUGHES sent an email to Victim 4, which included the following in the body of the message: "I hope you realise from such anonymous death threats you received how disgusting it is to wrong me like this and you got what you deserve you fucking cunt . . . I hope you fucking die you little miserable cunt getting the law involved in this . . . ."

COUNT SIX

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1. Beginning on or about October 16, 2019, and continuing to at least on or about December 12, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 5, used the mail, an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, the United States Mail, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 5 in reasonable fear of death and serious bodily injury to Victim 5 and immediate family members of Victim 5, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 5.

2. Defendant HUGHES's course of conduct included, among other things, the following:

a. On or about October 16, 2019, after defendant HUGHES sent threatening communications to a person he met at a networking event hosted by Company A, and after Victim 5 told defendant HUGHES he was banned from networking events hosted by Company A, defendant HUGHES sent emails to Victim 5 which included the following:

i. First, an email that included the following in the body of the message:

Unless you are able to give me a second chance, in form of an apology and allow me back to some events I will leave negative reviews all over the place on social media as a consequence of the decision . . . I will damage your reputation online and encourage

11

1  |  people I network with to boycott you and lose revenue until you give me a second chance and regret it . . .
2  |  FUCK YOU [Victim 5]. . . .

3          ii.   Second, an email that included the following in

4  the body of the message:  "I hope you understand where it will go for

5  you if you don't sympathise and show understanding in the matter. The

6  reviews will stay until you decide to allow me back."

7          b.   On or about November 4, 2019, in a manner designed to

8  conceal defendant HUGHES's true identity, defendant HUGHES sent a

9  letter to Victim 5 via the United States Mail, which included the

10  following message:

11  |  Dear [Victim 5], It has come to my attention you had banned someone I know very well from [Company A] when
12  |  he had been going through a rough time and I have decided to write to you anonymously to inform you
13  |  that I am going to end your life.  I will rip your fucking throat out and stab you in the eyes and put
14  |  gasoline over your half mutilated body.  I will also go and end the lives of your fucked up cunt ass loved
15  |  ones who brought you up to treat others like shit you brought this on yourself you Chinese pancake faced
16  |  cunt go back to china and don't be a [Company A] manager ever again you will get this until you
17  |  change!!! And pay put compensation for your Stupidity!!!  Yours Sincerely; Your Nemisis!

18

19          c.   On or about November 10, 2019, using an email account

20  designed to conceal defendant HUGHES's true identity, defendant

21  HUGHES sent an email to Victim 5, which included the following in the

22  body of the message:

23  |  I am writing to tell you, that you are a fucking Chinese cunt who should be deported and get their
24  |  throat cut, in fact you are going to get your throat cut soon. Not a matter of if, but when and when you
25  |  are at first duct taped, raped and brought into me, the vicious brutal killing of you will start. So
26  |  don't bother reporting this to the police coz I will kill your spouse if you have one. Horrible things
27  |  will happen if you throw me in jail.  I hope you fear for your life because you ruined a friends life of
28  |  mine with your fucking up banning. CUNT BITCH ASSHOLE

MOTHERFUCKER I hope you love having a cock down your vagina against your will!! . . .

d.   On or about December 12, 2019, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 5, which included the following in the body of the message:

Hey [Victim 5] you Chinese cunt!!!  I am making my inquiries to see if you have died yet, because if you haven't I will rip out your fucking throat, stab you in the eyes and don't think I wont do it because I know where you work and you will regret what you did for the rest of your life, and same with your family . I will kill your lioved ones if yoiu even contact the police about it. you chinese cunt you fucking piece of shit!!!!!!

## COUNT SEVEN

[18 U.S.C. § 875(c)]

On or about November 1, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 3 which included the following message: "I will bash your fucking lights out [Victim 3] you big fat ugly cunt. ANd Cut your throat open! You are on my waiting list. Thats ya warning I can guarantee you will die soon at my mercy!"

<u>COUNT EIGHT</u>

[18 U.S.C. § 876(c)]

On or about November 4, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, caused to be sent and delivered by the United States Postal Service according to the direction thereon, a communication addressed to Victim 5 containing a true threat to injure the person of Victim 5 and others, that is, a letter which included the following:

> Dear [Victim 5], It has come to my attention you had banned someone I know very well from [Company A] when he had been going through a rough time and I have decided to write to you anonymously to inform you that I am going to end your life.  I will rip your fucking throat out and stab you in the eyes and put gasoline over your half mutilated body.  I will also go and end the lives of your fucked up cunt ass loved ones who brought you up to treat others like shit you brought this on yourself you Chinese pancake faced cunt go back to china and don't be a [Company A] manager ever again you will get this until you change!!! And pay put compensation for your Stupidity!!!  Yours Sincerely; Your Nemisis!

COUNT NINE

[18 U.S.C. § 1512(b)(3)]

Between on or about November 10, 2019, and on or about December 12, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES") knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 5, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, stalking, in violation of Title 18, United States Code, Section 2261A(2), threat by interstate communication, in violation of Title 18, United States Code, Section 875(c), and mailing a threatening communication, in violation of Title 18, United States Code, Section 876(c). Specifically, defendant HUGHES engaged in the following conduct:

1.  On or about November 10, 2019, defendant HUGHES sent an email to Victim 5, which included the following:

> I am writing to tell you, that you are a fucking Chinese cunt who should be deported and get their throat cut, in fact you are going to get your throat cut soon. Not a matter of if, but when and when you are at first duct taped, raped and brought into me, the vicious brutal killing of you will start. So don't bother reporting this to the police coz I will kill your spouse if you have one. Horrible things will happen if you throw me in jail. I hope you fear for your life because you ruined a friends life of mine with your fucking up banning. CUNT BITCH ASSHOLE MOTHERFUCKER I hope you love having a cock down your vagina against your will!! . . .

2.  On or about December 12, 2019, defendant HUGHES sent an email to Victim 5, which included the following:

> Hey [Victim 5] you Chinese cunt!!! I am making my inquiries to see if you have died yet, because if

16

you haven't I will rip out your fucking throat,
stab you in the eyes and don't think I wont do it
because I know where you work and you will regret
what you did for the rest of your life, and same
with your family . I will kill your lioved ones if
yoiu even contact the police about it. you chinese
cunt you fucking piece of shit!!!!!!

COUNT TEN

[18 U.S.C. § 1512(b)(3)]

Between on or about November 10, 2019, and on or about November 17, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES") knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 4, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, stalking, in violation of Title 18, United States Code, Section 2261A(2), and threat by interstate communication, in violation of Title 18, United States Code, Section 875(c).  Specifically, defendant HUGHES engaged in the following conduct:

1.   On or about November 10, 2019, defendant HUGHES sent an email to Victim 4, which included the following:

> Please [Victim 4] End your fucking miserable life, cut your wrists go hang yourself just fucking kill yourself you fucking bitch you are a nonce and dont deserve to live or else my gang will do it for you! GO ON FUCKING DO IT! and dont ever report me to the police as horrible things will happen!

2.   On or about November 17, 2019, defendant HUGHES sent an email to Victim 4, which included the following:

> Hello [Victim 4] You Fucking sick vile cunt . . . Don't ever report any threats to the police they wont help you and that makes me more likely come after you and your family. I hope when I see you, I rape you, slash your throat and pour gasoline over your half mutilated body while you regret being a little childish bitch over decent people who are just trying to be nice you are a guilty of causing decent people distress and I urge you take it seriously, either way you are gonna die, youre going to pay...

COUNT ELEVEN

[18 U.S.C. § 875(c)]

On or about November 17, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 4 which included the following message:

> Hello [Victim 4] You Fucking sick vile cunt . . .
> Don't ever report any threats to the police they wont
> help you and that makes me more likely come after you
> and your family. I hope when I see you, I rape you,
> slash your throat and pour gasoline over your half
> mutilated body while you regret being a little
> childish bitch over decent people who are just trying
> to be nice you are a guilty of causing decent people
> distress and I urge you take it seriously, either way
> you are gonna die, youre going to pay...

<u>COUNT TWELVE</u>

[18 U.S.C. § 875(c)]

On or about December 12, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 5 which included the following message:

> Hey [Victim 5] you Chinese cunt!!!  I am making my
> inquiries to see if you have died yet, because if you
> haven't I will rip out your fucking throat, stab you
> in the eyes and don't think I wont do it because I
> know where you work and you will regret what you did
> for the rest of your life, and same with your family
> . I will kill your lioved ones if yoiu even contact
> the police about it. you chinese cunt you fucking
> piece of shit!!!!!!

20

COUNT THIRTEEN

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.   Beginning in or around January 2020, and continuing to in or around June 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 6, used the mail, an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, the United States Mail, email, cellular telephone networks, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 6 in reasonable fear of death and serious bodily injury to Victim 6 and immediate family members of Victim 6, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 6.

2.   Defendant HUGHES's course of conduct included, among other things, the following:

      a.   On or about January 29, 2020, using an email account designed to conceal defendant HUGHES's true identity, defendant HUGHES sent an email to Victim 6, which included the following in the body of the message:

> Hello You miserable cunt! Fucking pancake faced
> Korean Cunt, Dont even think of getting the police
> involved because I will kill your fucking family and
> it will be your fault.  I will slash your fucking
> throat, stab you in the chest and bach your fucking
> head in 1000 times until you get a fatal coma . . .
> YOU WILL FUCKING DIE FOR THIS YOU CUNT!!!

21

1    b. On or about April 11, 2020, in a manner designed to

2 conceal defendant HUGHES's true identity, defendant HUGHES sent a

3 letter to Victim 6 via the United States Mail, which included the

4 following message:

5    Hello [Victim 6] you fucking massive child. I know
    where you fucking live . . . You won't know who this

6    comes from and trust me, it will never land me in
    jail to threat you and soon carry it out for real. So

7    don't bother with police action, because I will kill
    your loved ones by cutting their throat and burning

8    their corpse in front of you . . . I will go after
    you, kill you by stabbing you in the eyes, kidnapping

9    you, pouring acid on your fucking face, cut out your
    fucking organs while you scream basically you will

10   and there is nothing you can fucking do about it you
    east Asian motherfucking cunt . . . I just will enjoy

11   you facing a gruesome death sentence I will execute .
    . . How dare you disparage him, go and feed false

12   information to photographers like what you did and
    alienate him . . . I say police action will end your

13   loved ones lives and don't think I'm bluffing I have
    a gang to ransack your home and burn it down!!!

14

15    c. On or about May 28, 2020, defendant HUGHES sent

16 multiple text messages to Victim 6, which included the

17 following:

18    I'll send as many messages I want , as a consequence
    of your actions . Unfoundly Accusing me of stalking

19   and harassing woman was far out of proportion . I'd
    really want to see you get your throat slit and I

20   hope I can make it happen next time you cross my
    path. . . I'd love to break your fucking jaw . . .

21   And get someone to rape your cunt girlfriend . . .
    I'd kill your fucking loved ones if you ever contact

22   a cop again like that . . . Fucking Stupid Korean
    American Cunt . . . I will only stop if you stop

23   accusing me of harassing women you cunt . . . Or else
    I will go on to the grave like this . . . I will stop

24   sending you messages if you pay me $250,000 . . . In
    Significant mental health damages.

25

26    d. On or about June 7, 2020, defendant HUGHES sent

27 multiple text messages to Victim 6, which included the

28 following:

Hey [Victim 6] You Fucking cunt . I will go after
your gf . . . unless you dump that piece of shit . .
. She deserves to be raped . . . I'd also enjoy
myself cutting your throat it would really make me a
happier person to watch you die. . .

1

COUNT FOURTEEN

2

[18 U.S.C. § 875(c)]

3      On or about January 25, 2020, in Los Angeles County, within the

4 Central District of California, and elsewhere, defendant SAMUEL

5 TRELAWNEY HUGHES, with intent to issue a threat and with knowledge

6 that it would be viewed as a threat, knowingly transmitted in

7 interstate and foreign commerce a communication containing a true

8 threat to injure the person of another, that is, an email to Victim 7

9 which included the following message:

10          You are fucking vile you are a disgusting woman and I
           can tell I will come over to your office, and cut
11          your fucking throat out and stab you . . . in the
           chest . . . I know where you are and where to get my
12          gang to kill your members. Fuck you you cunt, theres
           no point informing authorities before if you do I
13          will kill your loved ones. . .

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIFTEEN

[18 U.S.C. § 1512(b)(3)]

On or about January 25, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES") knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 7, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, threat by interstate communication, in violation of Title 18, United States Code, Section 875(c).  Specifically, defendant HUGHES sent an email to Victim 7, which included the following:

> You are fucking vile you are a disgusting woman and I can tell I will come over to your office, and cut your fucking throat out and stab you . . . in the chest . . . I know where you are and where to get my gang to kill your members. Fuck you you cunt, theres no point informing authorities before if you do I will kill your loved ones. . .

COUNT SIXTEEN

[18 U.S.C. § 875(c)]

On or about January 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 6 which included the following message:

> Hello You miserable cunt! Fucking pancake faced
> Korean Cunt, Dont even think of getting the police
> involved because I will kill your fucking family and
> it will be your fault.  I will slash your fucking
> throat, stab you in the chest and bach your fucking
> head in 1000 times until you get a fatal coma . . .
> YOU WILL FUCKING DIE FOR THIS YOU CUNT!!!"

COUNT SEVENTEEN

[18 U.S.C. § 1512(b)(3)]

Between on or about January 29, 2020, and on or about May 28, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 6, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, stalking, in violation of Title 18, United States Code, Section 2261A(2), threat by interstate communication, in violation of Title 18, United States Code, Section 875(c), and mailing a threatening communication, in violation of Title 18, United States Code, Section 876(c). Specifically, defendant HUGHES engaged in the following conduct:

1.    On or about January 29, 2020, defendant HUGHES sent an email to Victim 6, which included the following:

> Hello You miserable cunt! Fucking pancake faced Korean Cunt, Dont even think of getting the police involved because I will kill your fucking family and it will be your fault.  I will slash your fucking throat, stab you in the chest and bach your fucking head in 1000 times until you get a fatal coma . . . YOU WILL FUCKING DIE FOR THIS YOU CUNT!!!

2.    On or about April 11, 2020, defendant HUGHES sent a letter via the United States Mail to Victim 6, which included the following:

> Hello [Victim 6] you fucking massive child. I know where you fucking live . . . You won't know who this comes from and trust me, it will never land me in jail to threat you and soon carry it out for real. So don't bother with police action, because I will kill your loved ones by cutting their throat

27

and burning their corpse in front of you . . . I
will go after you, kill you by stabbing you in the
eyes, kidnapping you, pouring acid on your fucking
face, cut out your fucking organs while you scream
basically you will and there is nothing you can
fucking do about it you east Asian motherfucking
cunt . . . I just will enjoy you facing a gruesome
death sentence I will execute . . . How dare you
disparage him, go and feed false information to
photographers like what you did and alienate him .
. . . I say police action will end your loved ones
lives and don't think I'm bluffing I have a gang to
ransack your home and burn it down!!!

3.   On or about May 28, 2020, defendant HUGHES sent text

messages to Victim 6, which included the following:

I'll send as many messages I want , as a
consequence of your actions . Unfoundly Accusing me
of stalking and harassing woman was far out of
proportion . I'd really want to see you get your
throat slit and I hope I can make it happen next
time you cross my path. . . I'd love to break your
fucking jaw . . . And get someone to rape your cunt
girlfriend . . . I'd kill your fucking loved ones
if you ever contact a cop again like that . . .
Fucking Stupid Korean American Cunt . . . I will
only stop if you stop accusing me of harassing
women you cunt . . . Or else I will go on to the
grave like this . . . I will stop sending you
messages if you pay me $250,000 . . . In
Significant mental health damages.

<u>COUNT EIGHTEEN</u>

[18 U.S.C. § 875(c)]

On or about January 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 8 which included the following message:

> [Y]ou will die very soon in the most painful agonising death . . . I know who you are and I know where to find you, and I ask you don't notify the police or anyone because I will kill your loved ones as well.  I will get my boys to put their big fat cock in your month . . . before they cut your throat, stab you in the eyes, pour gasoline on your half dead body and watch you burn like a fucking cunt you already are.  Your ignorance will cost you your life!!!

COUNT NINETEEN

[18 U.S.C. § 1512(b)(3)]

On or about January 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES") knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 8, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, threat by interstate communication, in violation of Title 18, United States Code, Section § 875(c).  Specifically, defendant HUGHES sent an email Victim 8, which included the following:

> [Y]ou will die very soon in the most painful agonising death . . . I know who you are and I know where to find you, and I ask you don't notify the police or anyone because I will kill your loved ones as well.  I will get my boys to put their big fat cock in your month . . . before they cut your throat, stab you in the eyes, pour gasoline on your half dead body and watch you burn like a fucking cunt you already are.  Your ignorance will cost you your life!!!

30

COUNT TWENTY

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1. Beginning on or about January 31, 2020, and continuing to at least on or about March 13, 2020, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 9, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 9 in reasonable fear of death and serious bodily injury to Victim 9 and immediate family members of Victim 9, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 9.

2. Defendant HUGHES's course of conduct included, among other things, the following:

a. On or about January 31, 2020, after meeting Victim 9 at a networking event in Newport Beach, California, defendant HUGHES posted a negative Facebook review to the Facebook page of Victim 9's employer. The post identified Victim 9 by first name and included the following:

> When I first met [Victim 9] I thought ok boy was I wrong. Now I realise she is a two faced ignorant person and you don't deserve to run a dating agency. I hope you go out of business with Facebook dating because that's where you belong you bunch of hypocritical liars and you wrong decent people.

b. On or about February 2, 2020, using an email account designed to conceal defendant HUGHES's true identity, defendant

31

HUGHES sent an email to an email address of Victim 9's employer with the subject line "[Victim 9] is a Fucking CUNT!!!," and which included the following in the body of the message:

> Fuck You, fuck your matchmaking service I will be sure to drop by and stab you to death and anyone who tries to stop me before I put a grenade in your wounds and finish you off, and bomb your office! You will die for your stupidity I can guarantee you and I will kill your loved ones if you notify the authorities!

c.    On or about March 13, 2020, defendant HUGHES posted a second negative Facebook review to the Facebook page of Victim 9's employer.  The post included the following:  "[Victim 9] is an extremely arrogant woman who is extremely prejudice and rude arrogant and disgusting.  You rip."

## COUNT TWENTY-ONE

[18 U.S.C. § 875(c)]

On or about February 2, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, an email to Victim 9, which included the following message:

> Fuck You, fuck your matchmaking service I will be sure to drop by and stab you to death and anyone who tries to stop me before I put a grenade in your wounds and finish you off, and bomb your office! You will die for your stupidity I can guarantee you and I will kill your loved ones if you notify the authorities!

<u>COUNT TWENTY-TWO</u>

[18 U.S.C. § 1512(b)(3)]

On or about February 2, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES") knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 9, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, stalking, in violation of Title 18, United States Code, Section 2261A(2), and threat by interstate communication, in violation of Title 18, United States Code, Section 875(c).  Specifically, defendant HUGHES sent an email to Victim 9, which included the following:

> Fuck You, fuck your matchmaking service I will be
> sure to drop by and stab you to death and anyone who
> tries to stop me before I put a grenade in your
> wounds and finish you off, and bomb your office! You
> will die for your stupidity I can guarantee you and I
> will kill your loved ones if you notify the
> authorities!

COUNT TWENTY-THREE

[18 U.S.C. § 876(c)]

On or about April 11, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, caused to be sent and delivered by the United States Postal Service according to the direction thereon, a communication addressed to Victim 6 containing a true threat to injure the person of Victim 6 and others, that is, a letter which included the following:

> Hello [Victim 6] you fucking massive child. I know where you fucking live . . . You won't know who this comes from and trust me, it will never land me in jail to threat you and soon carry it out for real. So don't bother with police action, because I will kill your loved ones by cutting their throat and burning their corpse in front of you . . . I will go after you, kill you by stabbing you in the eyes, kidnapping you, pouring acid on your fucking face, cut out your fucking organs while you scream basically you will and there is nothing you can fucking do about it you east Asian motherfucking cunt . . . I just will enjoy you facing a gruesome death sentence I will execute . . . How dare you disparage him, go and feed false information to photographers like what you did and alienate him . . . I say police action will end your loved ones lives and don't think I'm bluffing I have a gang to ransack your home and burn it down!!!"

COUNT TWENTY-FOUR

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.    Beginning on or about June 1, 2020, and continuing at least on to or about June 8, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), with the intent to harass and intimidate Victim 10, used the mail, an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, the United States mail, cellular telephone networks, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 10 in reasonable fear of death and serious bodily injury to Victim 10 and immediate family members of Victim 10, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 10.

2.    Defendant HUGHES's course of conduct included, among other things, the following:

a.    On or about June 1, 2020, after interacting with Victim 10 in her capacity as a customer service employee at a Los Angeles-area bank, and in a manner designed to conceal defendant HUGHES's true identity, defendant HUGHES sent a letter to Victim 10 via the United States Mail titled, "Hello [Victim 10] You Fat Fucking Ginger Bitch," and which included the following message:

> Basically, I know who you are and how you ridicule people at your bank and you are a big fat arrogant little shit who's worked there for 23 years and I think you should fucking get what you deserve.  I am going to wait outside sometime and wait for you with a carving knife or gun to go either in or out and brutally fuck you up. I am going to get my boys to

36

1              rape you, slash your fucking throat and stab you in
the fucking chest and eyes you will have a very bad
2              day. And if you go to the police on this or try me
jailed I will kill your beloved cunting family of
3              yours. I hope you receive this letter and cringe with
fear for the rest of your entire fucking life you
4              miserable cunt . . . From Your Nemisis

5          b.   On or about June 6, 2020, defendant HUGHES sent a text

6 message intended for Victim 10 to the telephone number of Victim 10's

7 husband, which included the following message: "I hope you fucking

8 die! Fat Ginger Armenian Cunt.  I know where you live and work."

9          c.   On or about June 6, 2020, defendant HUGHES sent a text

10 message intended for Victim 10 to the telephone number of Victim 10's

11 daughter, which included the following message: "If you're [Victim

12 10] I love to meet ya.  That way I can fuck you fat ass up you piece

13 of Armenian shit."

14          d.   On or about June 7, 2020, after Victim 10's husband

15 responded to the text message from defendant HUGHES, defendant HUGHES

16 sent a text message to the telephone number of Victim 10's husband,

17 which included the following message: "Fuck you man.  With your VM.

18 Fucking husband of [Victim 10] the fat miserable Armenian cunt I will

19 fuck you up if I see you."

20          e.   On or about June 8, 2020, defendant HUGHES sent a text

21 message intended for Victim 10 to the telephone number of Victim 10's

22 husband, which included the following message:  "You are a fucking

23 cunt [Victim 10].  You husband is a fucking motherfucker who deserves

24 to die like you should . . . You should never be a bank manager you

25 disgrace your customers."

26

27

28

COUNT TWENTY-FIVE

[18 U.S.C. § 876(c)]

On or about June 1, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES, with intent to issue a threat and with knowledge that it would be viewed as a threat, caused to be sent and delivered by the United States Postal Service according to the direction thereon, a communication addressed to Victim 10 containing a true threat to injure the person of Victim 10 and others, that is, a letter which included the following:

> Basically, I know who you are and how you ridicule people at your bank and you are a big fat arrogant little shit who's worked there for 23 years and I think you should fucking get what you deserve.  I am going to wait outside sometime and wait for you with a carving knife or gun to go either in or out and brutally fuck you up. I am going to get my boys to rape you, slash your fucking throat and stab you in the fucking chest and eyes you will have a very bad day. And if you go to the police on this or try me jailed I will kill your beloved cunting family of yours. I hope you receive this letter and cringe with fear for the rest of your entire fucking life you miserable cunt . . . From Your Nemisis

## COUNT TWENTY-SIX

[18 U.S.C. § 1512(b)(3)]

On or about June 1, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL TRELAWNEY HUGHES ("HUGHES"), knowingly intimidated, threatened, and corruptly persuaded another person, namely, Victim 10, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, stalking, in violation of Title 18, United States Code, Section 2261A(2), and mailing a threatening communication, in violation of Title 18, United States Code, Section 876(c).

//

//

1      Specifically, defendant HUGHES sent Victim 10 a letter via the

2  United States Mail that read:

3            Basically, I know who you are and how you ridicule
              people at your bank and you are a big fat arrogant

4            little shit who's worked there for 23 years and I
              think you should fucking get what you deserve.  I am

5            going to wait outside sometime and wait for you with
              a carving knife or gun to go either in or out and

6            brutally fuck you up. I am going to get my boys to
              rape you, slash your fucking throat and stab you in

7            the fucking chest and eyes you will have a very bad
              day. And if you go to the police on this or try me

8            jailed I will kill your beloved cunting family of
              yours. I hope you receive this letter and cringe with

9            fear for the rest of your entire fucking life you
              miserable cunt . . . From Your Nemisis

10

11

12                        A TRUE BILL

13

14                     /S/
                           ————————————————————

15                     Foreperson

16  NICOLA T. HANNA
    United States Attorney

17

18

19  *Cameron L. Schroeder, for:*
    CHRISOPHER D. GRIGG

20  Assistant United States Attorney
    Chief, National Security Division

21

22  CAMERON L. SCHROEDER
    Assistant United States Attorney

23  Chief, Cyber & Intellectual
     Property Crimes Section

24  LAUREN RESTREPO
    Assistant United States Attorney

25  Cyber & Intellectual Property
     Crimes Section

26

27

28